**United States District Court for the** Eastern
**District of** Kentucky

Dede Stratton

**Plaintiff,**

vs.                                                                                       **CASE NO.** 5:13-cv-147

Portfolio Recovery Associates, LLC

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that _____Dede Stratton_____, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from a final judgment dismissing
(the final judgment) (from an

Plaintiff's complaint with prejudice  entered in this action on the   26th   day of
order (describing it))

_____November_____, 2013 .

(s) James H. Lawson
Address: Lawson at Law, PLLC
4055 Shelbyville Road, Suite B
Louisville, KY 40207

Attorney for Dede Stratton

cc:  Opposing Counsel ✓
     Court of Appeals ✓

6CA-3
1/99