# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Frankfort Division**

| | |
|---|---|
| Dede Stratton )<br>    *Plaintiff* )<br>         )<br>v.       )<br>         )<br>Portfolio Recovery Associates, LLC )<br>    *Defendant* )<br>         ) | Case No. 5:13-cv-00147-dcr |

**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Plaintiff Dede Stratton respectfully requests that this Court enter an order determining that this case be certified as a class action under Fed.R.Civ.P. 23(a) and 23(b)(3).

The classes plaintiff seeks to represent includes all persons in the Commonwealth of Kentucky:

> Whom Defendant, Portfolio Recovery Associates, LLC, or its agents, employees, or representatives (including but not limited to its attorneys of the law firm of record in this case: Morgan & Pottinger, P.S.C.):
>
> (a) brought suit after, or within the last 12 months prior to, the date of filing the Complaint in this case and in which PRA retroactively added interest to an alleged debt for a period of time in which the original creditor and assignor of the debt did not add any interest on the alleged debt ; and
>
> (b) sent a dunning letter after, or within the last 12 months prior to, the date of filing the Complaint in this case, in which PRA retroactively added interest to an alleged debt for a period of time in which the original creditor and assignor of the debt did not add any interest on the alleged debt.

Plaintiff further requests that she be appointed as the class representative and that Henry & Associates, PLLC and Lawson and Law, PLLC be appointed as counsel for the class.

In support of this motion, plaintiffs state as follows:

1. Plaintiff has stated a claim for relief under the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

2. This Court should certify a class under Fed.R.Civ.P. 23(b)(3), as all requirements for certification have been met.

3. Upon information and belief, there are more than 40 members that fall under one or both proposed classes.

4. There are questions of law and fact common to the class members, which predominate over any questions relating to individual class members. The predominant questions in this case is:

> (A) Did Portfolio Recovery Associates, LLC unlawfully seek to collect interest it was not entitled to from class members on debt it had purchased in a lawsuit it filed?
>
> (B) Did Portfolio Recovery Associates, LLC unlawfully seek to collect interest it was not entitled to from class members via dunning letters?

5. Plaintiff's claims are typical of the claims of members of the class. Their claims are based on the same facts (*i.e.*, whether PRA unlawfully sought to collect interest on a debt it had purchased), and the same law.

6. Plaintiff has, and will continue to, adequately pursue the claims of the class. Ms. Stratton participated in discovery and (with the assistance of counsel) produced evidence supportive of the claims of class members. Further, Ms. Stratton has no interests contrary to those of class members. Ms. Stratton's counsel is well qualified to pursue the case with vigor, as they have throughout the litigation.

7. A class action is superior to other alternative methods of adjudicating this dispute in that (a) Congress specifically contemplated FDCPA class actions as a principal means of enforcing the statute, and (b) a class action is necessary to determine that defendant's conduct is a violation of law and bring about its cessation.

8. In further support of this motion, plaintiff submits a memorandum of law.

WHEREFORE, plaintiff respectfully request certification of this case as a class action.

Respectfully submitted,

/s/ Kenneth J. Henry
**Kenneth J. Henry**
Henry & Associates, PLLC
331 Townepark Circle, Suite 200
Louisville, KY 40243
(502) 245-9100
Email: ken@kennethhenrylaw.com

**James H. Lawson**
*Lawson at Law, PLLC*
115 Sherrin Ave.
Unit #4
Louisville, KY 40207
(502) 473-6525
Email: james@kyclc.com

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document through the Court's CM/ECF system or by email on this the 20th day of December, 2014:

Joseph N. Tucker
*Dinsmore & Shohl, LLP*
25th Floor
101 S. Fifth Street
Louisville, KY 40202

/s/ Kenneth J. Henry
*Counsel for Defendant*