UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| DEDE STRATTON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 13-147-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

The defendant has not yet filed an Answer to the Complaint. Further, the parties have not conducted a scheduling meeting. However, on December 20, 2014, counsel for Plaintiff Dede Stratton moved the Court for class certification. Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. Plaintiff's motion for class certification [Record No. 24] is **DENIED** as premature.

2. The parties' joint motion to stay briefing on the plaintiff's motion for class certification [Record No. 25] is **DENIED** as moot.

3. Upon the Defendant's filing of its Answer [see Record No. 23] the Court will direct the parties to meet and confer in accordance with Rule 26 of the Federal Rules of Civil Procedure.

This 5th day of January, 2015.



Signed By:
*Danny C. Reeves* DCR
United States District Judge