UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky
London Division

| | |
|---|---|
| Dede Stratton<br>    *Plaintiff*<br><br>v.<br><br>Portfolio Recovery Associates, LLC<br>    *Defendant* | )<br>)<br>)<br>)   Case No. 5:13-cv-00147-DCR<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Dede Stratton moves this Court for summary judgment under Fed. R. Civ. P. 56 against Defendant Portfolio Recovery Associates, LLC on Ms. Stratton's claims under the Fair Debt Collection Practices Act. Reasons for granting this motion are fully set forth in the accompanying Memorandum of Law and Exhibits thereto.

Respectfully Submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue
Unit #4
Louisville, KY 40207
Email: james@kyconsumerlaw.com
(502) 473-6525

**Certificate of Service**

      I hereby certify that I have served a copy of the foregoing document through the Court's CM/ECF system or by email on this the 1st day of October, 2015:

Joseph N. Tucker
*Dinsmore & Shohl, LLP*
25th Floor
101 S. Fifth Street
Louisville, KY 40202

                                                /s/ James H. Lawson
                                                *Counsel for Defendant*