# UNITED STATES DISTRICT COURT

for the
Eastern District of Kentucky
London Division

| | | |
|---|---|---|
| Dede Stratton | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No. 5:13-cv-00147-DCR |
| | ) | |
| Portfolio Recovery Associates, LLC | ) | |
| *Defendant* | ) | |
| | ) | |
| | ) | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO
## DENY CLASS CERTIFICATION

In response to Defendant Portfolio Recovery Associates, LLC's motion to deny class certification, Plaintiff Dede Stratton states that she has been unable to develop evidence to establish numerosity. Fed.R.Civ.P. 23(a)(1) requires that the class be "so numerous that joinder of all members is impracticable." Consequently, Ms. Stratton concedes that class certification is not appropriate in this case.

Because there is no motion for class certification pending in this case, there is no motion for class certification to deny. Further, Ms. Stratton believes that the pending motions for summary judgment should resolve all issues as to both liability and damages.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue
Suite #4
Louisville, KY 40207
(502) 473-6525
james@kyconsumerlaw.com

**Kenneth J. Henry**
Henry & Associates, PLLC
331 Townepark Circle, Suite 200
Louisville, KY 40243
(502) 245-9100
Email: ken@kennethhenrylaw.com

**<u>Certificate of Service</u>**

I hereby certify that I have served a copy of the foregoing document through the Court's CM/ECF system or by email on this the 30th day of October, 2015:

Joseph N. Tucker
*Dinsmore & Shohl, LLP*
25th Floor
101 S. Fifth Street
Louisville, KY 40202

/s/ James H. Lawson
*Counsel for Defendant*

-2-